**\*\*E-filed 2/13/06\*\***

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANGELO MORALES,<br><br>Plaintiff,<br><br>v.<br><br>RODERICK Q. HICKMAN, Secretary of the California Department of Corrections; STEVEN ORNOSKI, Warden, San Quentin State Prison, San Quentin, CA; and DOES 1-50,<br><br>Defendants. | Case No. C 06 0219<br><br>[~~PROPOSED~~] ORDER GRANTING CONSOLIDATION |

This Court, having heard the application of Plaintiff for consolidation, and for good cause shown, hereby GRANTS the application. This action is hereby consolidated with case no. C 06- 0926 (JF).

IT IS SO ORDERED.

Dated: 2/13/06

_____
Jeremy Fogel
United States District Court Judge

Order Granting Consolidation
Case no. C 06 0219 (JF)

Submitted by:

David A. Senior (#108759)
McBreen & Senior
1880 Century Park East, Suite 1450
Los Angeles, CA 90067

John R Grele (#167080)
Law Offices of John R Grele
703 Market Street, Suite 550
San Francisco, CA 94103

Richard P. Steinken
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611-7603

Attorneys For Plaintiff MICHAEL ANGELO MORALES

Order Granting Consolidation
Case no. C 06 0219 (JF)