**Original filed 7/18/06**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES,<br><br>Plaintiff,<br><br>v.<br><br>James E. TILTON, Acting Secretary of the California Department of Corrections and Rehabilitation, and Robert L. Ayers Jr., Acting Warden of San Quentin State Prison,<br><br>Defendants. | Case Number C 06 219 JF RS<br>Case Number C 06 926 JF RS<br><br>DEATH-PENALTY CASE<br><br>ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION TO CLARIFY AND/OR MODIFY PROTECTIVE ORDER<br><br>[Docket No. 138] |

Defendants' Motion to Clarify and/or Modify Protective Order, filed April 17, 2006, appears to be moot in light of the Order Granting in Part Plaintiff's Motion to Compel, signed by Magistrate Judge Seeborg on May 2, 2006, and the Order on Plaintiff's Motion for Reconsideration or Clarification of May 2, 2006, Order, signed by Magistrate Judge Seeborg on June 9, 2006. Accordingly, and good cause therefor appearing, Defendants' Motion to Clarify and/or Modify Protective Order is denied without prejudice.

IT IS SO ORDERED.

DATED: July __18__, 2006

_____
JEREMY FOGEL
United States District Judge