**E-filed 5/28/08**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Michael Angelo MORALES,<br><br>Plaintiff,<br><br>v.<br><br>Matthew CATE, Secretary of the California Department of Corrections and Rehabilitation, et al.,<br><br>Defendants. | Case Number 5-6-cv-219-JF-RS<br>Case Number 5-6-cv-926-JF-RS<br><br>DEATH-PENALTY CASE<br><br>SCHEDULING ORDER<br><br>[] |

    A status conference in the above-captioned action currently is set for Thursday, June 12, 2008, at 2:00 p.m.

    Counsel for the parties have informed the Court that the California Court of Appeal has denied a motion to expedite oral argument in *Morales v. California Department of Corrections & Rehabilitation*, No. A120115 (Cal. Ct. App. May 2, 2008), in which the Marin Superior Court enjoined implementation of Defendants' revised lethal-injection protocol based upon its conclusions that Defendants were required to and did not comply with California's Administrative Procedures Act, Cal. Gov't Code § 11346 et seq. (West 2007), when they promulgated the protocol, *Morales v. Cal. Dep't of Corr. & Rehab.*, No. CV061436 (Cal. Super. Ct. Marin County Oct. 31, 2007). The court of appeal previously denied a petition to stay the

1  superior court's ruling. *Morales v. Cal. Dep't of Corr. & Rehab.*, No. A120115 (Cal. Ct. App. Apr. 16, 2008).

      Accordingly, and good cause therefor appearing, the status conference scheduled in the present action is hereby vacated. Counsel shall notify the Court forthwith when the court of appeal schedules oral argument in the state APA action, via email to the Court's death-penalty staff attorney to whom the above-captioned action is assigned. The status conference will be rescheduled promptly at that time.

      IT IS SO ORDERED.

DATED: May 28, 2008

_____
JEREMY FOGEL
United States District Judge