David A. Senior (# 108759)
McBreen & Senior
2029 Century Park East, Third Floor
Los Angeles, CA  90067
Phone:  (310) 552-5300
Fax:  (310) 552-1205
dsenior@mcbreensenior.com

John R. Grele (# 167080)
Law Offices of John R. Grele
149 Natoma St., third floor
San Francisco, CA  94105
Phone:  (415) 348-9300
Fax:  (415) 348-0364
jgrele@earthlink.net

Richard P. Steinken (admitted *pro hac vice*)
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654-3456
Phone: 312-222-9350
Fax: 312-527-0484
rsteinken@jenner.com

Attorneys for Intervenor
ALBERT G. BROWN

**E-Filed 9/23/2010**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL ANGELO MORALES, | Case No. C 06 0219 (JF) |
| | C 06 926 (JF) |
| Plaintiff, | |
| | **~~PROPOSED~~ ORDER** |
| MATTHEW CATE, et al. | |
| Defendants. | |

1

Proposed Order
C 06-0129 (JF)(RS) &C 06-926 (JF)(RS)

The Court having considered proposed intervenor Albert Brown's Motion to file a reply to Defendants' Response to Court's Inquiry, and good cause appearing, said motion is Granted. Proposed Intervenor Brown's reply shall be filed by 7 pm on September 23, 2010.

IT IS SO ORDERED

Date: 9/23/2010



_____
Jeremy Fogel
United States District Judge

Proposed Order
C 06-0129 (JF)(RS) &C 06-926 (JF)(RS)