**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                            415.522.2000

**September 1, 2011**

**CASE NUMBER:  CV 06-00926 JF**
**CASE TITLE:  MICHAEL ANGELO MORALES-v-RODERICK Q. HICKMAN**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable RICHARD SEEBORG** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **RS** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 09/01/11

FOR THE EXECUTIVE COMMITTEE:

_____
                                                               Clerk



NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                           Entered in Computer 09/01/11 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                  Transferor CSA